# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| WILLIAM SCHLUTH, | : | No. 163 EAL 2022 |
|---|---|---|
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| KRISHAVTAR, INC. AND BAKRUSHNA PANCHAL, | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.